**Order filed March 12, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00137-CV
_____

### ISAURA MORALES AND FRANCISCO TORO, Appellants

### V.

### KARLA VACA AS ATTORNEY-IN-FACT FOR ALBERTO L. VACA, Appellee

---

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052415**

---

## O R D E R

The notice of appeal in this case was filed February 12, 2015. The clerk's record was filed February 27, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **March 27, 2015.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM